**2014-1414**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ESCORT INC., BELTRONICS USA, INC.,

*Plaintiffs-Appellants*,

v.

HOYT A. FLEMING, III, AND PARK, VAUGHAN, FLEMING & DOWLER LLP,

*Defendants-Appellees*.

Appeal from the United States District Court for the
District of Idaho Case No. 1:12-cv-00064-BLW

**STIPULATION PURSUANT TO FEDERAL CIRCUIT RULE 28(h)**

This Appeal has been transferred from the Ninth Circuit Court of Appeals, Case No. 12-35500, after all briefs were filed. Pursuant to Federal Circuit Rule 28(h), the parties stipulate to proceed on the briefs that have already been filed in the Ninth Circuit Court of Appeals, Case No. 12-35500. Attached as Exhibits 1-6 are the parties' briefs and Excerpts of the record submitted to the Ninth Circuit Court of Appeals.

Dated:  April 29, 2014

| /s/<br>Gregory F. Ahrens<br>Brett A. Schatz<br>Wood, Herron & Evans, L.L.P.<br>441 Vine Street, 2700 Carew Tower<br>Cincinnati, Ohio 45202<br>(513) 241-2324<br>(513) 241-6234  (Facsimile)<br><br>Attorneys for Plaintiffs-Appellants<br>Escort Inc., Beltronics USA, Inc. | /s/<br>Michael S. Dowler<br>Park, Vaughan, Fleming & Dowler LLP<br>5847 San Felipe, Suite 1700<br>Houston, Texas 77057<br>(713) 821-1540<br>(713) 821-1401 (Facsimile)<br><br>Attorney for Defendants-Appellees<br>Hoyt A. Fleming, III, and Park,<br>Vaughan, Fleming & Dowler LLP |
|---|---|

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on counsel of record on April 29, 2014, by Electronic Means, as follows:

Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, Texas 77057
Email:  mike@parklegal.com

      /s/
Brett A. Schatz
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234  (facsimile)

Attorneys for Plaintiffs-Appellants
Escort Inc., Beltronics USA, Inc.