NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESCORT INC. AND BELTRONICS USA, INC.,**
*Plaintiffs-Appellants,*

v.

**HOYT A. FLEMING, III AND PARK, VAUGHAN, FLEMING & DOWLER LLP,**
*Defendants-Appellees.*

---

2014-1414

---

Appeal from the United States District Court for the District of Idaho in No. 1:12-cv-00064-BLW, Chief Judge B. Lynn Winmill.

---

**O R D E R**

The parties inform this court, pursuant to Fed. Cir. R. 28(h), that they stipulate to proceed on the briefs previously filed with the United States Court of Appeals for the Ninth Circuit before that court transferred this appeal. The electronic copies of those briefs are attached to the parties' Rule 28(h) stipulation.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The parties are directed to file six paper copies of each brief and appendix within 14 days of the date of this order. Those paper briefs should not be rejected for failure to comply with this court's local rules.

(2) The clerk's office shall transmit to the merits panel a copy of this order and the briefs, to inform the panel that the case is proceeding on the briefs previously filed with the Ninth Circuit.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8